IRENE KARBELASHVILI, ESQ. (SBN 232223)
IRAKLI KARBELASHVILI, ESQ. (SBN 302971)
ALLACCESS LAW GROUP
irene@allaccesslawgroup.com
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for Plaintiff
NATALIYA VASIN

*Defense counsel listed after caption*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIYA VASIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CWPM, INC., et al.,<br><br>    Defendants. | Case No. 23-cv-04834-PCP<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE** |

SPENCER FANE LLP
Servando R. Sandoval, Esq. (State Bar No. 205339)
Helene A. Simvoulakis-Panos, Esq. (State Bar No. 256334)
225 West Santa Clara Street
Suite 1500
San Jose, California
95113-1752
Telephone:    (408) 286-5100
Facsimile:    (408) 286-5722
Email:  ssandoval@spencerfane.com
 hsimvoulakis@spencerfane.com

Attorneys for Defendant
CWPM, INC. DBA CAL-WESTERN
PROPERTY MANAGEMENT

Paul K. Lee (CSB #192812)
FINKELSTEIN & FUJII, LLP
1528 S. El Camino Real, Suite 306

1  San Mateo, CA 94402
Telephone: (650) 353-4503
Facsimile: (650) 312-1803
2  plee@dgflaw.com

3  Attorneys for Defendants Christopher Nelson and Su An Nelson

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     Plaintiff NATALIYA VASIN and Defendants CWPM, INC. DBA CAL-WESTERN PROPERTY MANAGEMENT; CHRISTOPHER NELSON AND SU AN NELSON stipulate in accordance with Fed. R. Civ. P 41(a)(1)(A)(ii) that this action be dismissed in its entirety with prejudice with each side bearing their own attorney fees, costs, and litigation expenses.

DATED:    April 4, 2024        ALLACCESS LAW GROUP

By:   */s/ Irakli Karbelashvili*
      Irene Karbelashvili, Esq.
      Irakli Karbelashvili, Esq.

Attorneys for Plaintiff
NATALIYA VASIN

DATED:    April 4, 2024        SPENCER FANE LLP

By:   */s/ Servando R. Sandoval*
      Servando R. Sandoval, Esq.
      Helene A. Simvoulakis-Panos, Esq.

Attorneys for Defendant
CWPM, INC. DBA CAL-WESTERN
PROPERTY MANAGEMENT

DATED:    April 8, 2024        FINKLESTEIN & FUJII, LLP

By:   */s/ Paul K. Lee*
      Paul K. Lee, Esq.
      Attorneys for Defendants
      CHRISTOPHER NELSON and
      SUE NELSON

**FILER'S ATTESTATION**

Under Local Rule 5-1, I attest that on April 8, 2024, I, Irakli Karbelashvili, received the concurrence of the signatories in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili
